UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff, <br> v. <br><br> Rodolfo MORALES-Cortez, <br><br> Defendant. | Magistrate Docket No. '21 MJ02027 <br><br> <u>COMPLAINT FOR VIOLATION OF:</u> <br> Title 8, USC 1326 Deported Alien Found In the United States |

The undersigned complainant being, duly sworn, states:

On or about May 20, 2021, within the Southern District of California, defendant Rodolfo MORALES-Cortez, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 21, 2021.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Rodolfo MORALES-Cortez

## PROBABLE CAUSE STATEMENT

On May 20, 2021, Border Patrol Agent H. Tran was conducting his assigned duties in the Campo Border Patrol Station's area of responsibility. Agent Tran responded to assist an agent who was tracking a group of individuals in an area known to Border Patrol agents as "La Gloria". Agent Tran encountered footprints left on the dirt and followed them to an area known to Border Patrol agents as "Recycling Center." After a brief search of the area, Agent Tran encountered group of individuals attempting to conceal themselves in a bush. This area is located approximately ten miles east of the Tecate, California Port of Entry and approximately four miles north of the United States/Mexico International Boundary. Agent Tran identified himself as a Border Patrol Agent and conducted an immigration inspection. Two individuals admitted to being citizens and nationals of Guatemala, the remainder of the group admitted to being citizens of Mexico, including one later identified as defendant Rodolfo MORALES-Cortez. All individuals, including MORALES, freely admitted to not possessing immigration documents allowing them to enter or remain in the United States legally. At approximately 5:52 AM, Agent Tran placed all individuals, to include MORALES, under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 10, 2020 through Laredo, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.